**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FERMIN CARDONA,** on behalf of himself, and all other similarly situated plaintiffs known and unknown, <br><br> Plaintiffs <br><br> v. <br><br> **MANFREDINI LANDDSCAPING COMPANY, D/B/A MANFREDINI LANDSCAPING & DESIGN, ALSO D/B/A MANFREDINI LANDDSCAPING & DESIGN CO., AND ENRICO MANFREDINI,** individually, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **No.** 16 cv 3018 <br><br> Honorable Judge John W. Darrah <br><br> ***JURY DEMAND*** |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Fermin Cardona, through his attorneys, hereby accepts and provides notice of acceptance of Defendants' Rule 68 Offer of Judgment, attached hereto as Exhibit A.

Dated: April 20, 2016

Respectfully submitted,

/s Meghan A. VanLeuwen
  Meghan A. VanLeuwen

Farmworker & Landscaper Advocacy Project
33 N. LaSalle St. Suite 900
Chicago, IL, 60602
(312) 784-3541

John W. Billhorn

Billhorn Law Firm
53 W. Jackson Blvd. Suite 840
Chicago, IL, 60604
(312) 853-1450

## CERTIFICATE OF SERVICE

TO: Paul D. Geiger, Ronald C. Dahms, Northfield, IL

The undersigned attorney hereby certifies that on April 20, 2016, she caused to be served upon the attorneys of record above the above-mentioned pleadings or papers, by electronic service through the Court's ECF system, or as otherwise directed.

Respectfully Submitted,

/s Meghan A. VanLeuwen
 Meghan A. VanLeuwen

Farmworker & Landscaper Advocacy Project
33 N. LaSalle St. Suite 900
Chicago, IL, 60602
(312) 784-3541