## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Fermin Cardona

                                    Plaintiff,

v.                                                           Case No.: 1:16−cv−03018
                                                                 Honorable John W. Darrah

Manfredini Landscaping Company, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2016:

      MINUTE entry before the Honorable John W. Darrah: Plaintiff having notice of acceptance of defendants' offer of judgment, this case is hereby closed. Civil case terminated. Judgment is entered as stated in the offer of judgment [7].Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.